UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREH NAZARIANS, an individual; and<br>ANGEL MOVSES, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a public entity;<br>NICHOLAS VIRZI, an individual;<br>JENYFFER DEL RIO ORTEGA, an individual;<br>AXCEL MANNOURY, an individual;<br>MICHAEL MARTINEZ, an individual; and<br>DOES 1 through 10, inclusive;<br><br>    Defendants. | CASE NO. CV 19-2168 PA (FFMx)<br>Assigned to Hon. Percy Anderson<br>Courtroom 9A<br><br>**ORDER RE DISMISSAL OF THE FEDERAL CLAIMS AND REMAND TO STATE COURT** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss Plaintiffs' Federal claims, causes of action three and four, the dismissal of said claims is granted and the case is remanded to State Court.

Dated: April 8, 2019

                                                                Percy Anderson
                                                        United States District Judge